✓ #106   # 129046

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED 2010 NOV 10 PM 3:18 CLERK, U.S. BANKRUPTCY COURT TOLEDO, OHIO

In re:  DARBY, LAURA L          Case No. 09-38855

Judge   MARY ANN WHIPPLE

REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Recovery Mgmt Systems Corp. For GE Money Bank Dba JCPenney Credit | 25 SE 2nd Ave Ste 1120 Miami, FL 33131 | $2.12 |

Check #106 for $2.12 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
Patti Baumgartner-Novak, Trustee

Dated: 11/5/10
cc: Office of the U.S. Trustee